opinion filed March 11, 1941; rehearing denied March 27, 1941. Rothbart & Rosenfield, for appellant; Nathan Einhorn, for appellee; Irving Goodman, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''

Lawrence Fodge and A. W. Baumgartner, Trading as Aball Wrecking Company, v. Board of Education of the Village of Oak Park, District 97 et al.
Illinois Interior Finish Company, Appellant, v. Fidelity and Deposit Company of Maryland, Appellee.

Gen. No. 40,870.

opinion filed March 11, 1941; rehearing denied March 27, 1941. J. Amos Case, for appellant; Claude J. Dalenberg, of counsel; Dent, Weichelt & Hampton, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''

Lawrence Fodge and A. W. Baumgartner, Trading as Aball Wrecking Company, v. Board of Education of the Village of Oak Park, District 97 et al.
L. J. Bullivant, Trading as Bullivant Plastering Company, Appellant, v. Fidelity and Deposit Company of Maryland, Appellee.

Gen. No. 40,962.